RUSSELL P. BROWN (SBN: 84505)
MATTHEW P. NUGENT (SBN: 214844)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Plaintiff
THE MARINE GROUP, LLC, d/b/a
MARINE GROUP BOAT WORKS

FILED

08 JUL 14 PM 4:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: EC/        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARINE GROUP, LLC, dba MARINE GROUP BOAT WORKS<br><br>Plaintiff,<br><br>vs.<br><br>VESSEL NAVEGANTE, Official Number 1094087, her engines, tackle, furniture, apparel, In Rem, NAVEGANTE CHARTERS, LLC, In Personam,<br><br>Defendants. | IN ADMIRALTY<br>08 CV 1264 BEN RBB<br>CASE NO. 03 CV 252 JM LAB<br><br>DECLARATION OF TODD ROBERTS IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN |

I, TODD ROBERTS, declare as follows:

1.      I am the Vice President of Plaintiff The Marine Group, LLC, dba Marine Group Boat Works (hereinafter "Plaintiff" or "Marine Bay Boat Works"). All of the statements contained herein are made and based upon my personal knowledge and, if I were called as a witness, I could and would testify thereto under oath.

2.      Plaintiff is seeking an immediate issuance of Order for Arrest of the Vessel NAVEGANTE, O.N. 1094087 (hereinafter "Vessel") because there is a good probability that the Vessel will be chartered out to third parties and removed from its present location at Sunroad Marina to a location unknown to Plaintiff and perhaps to Mexico outside the jurisdiction of this

-1-

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1  Court, perhaps never to return.  As more fully explained below, Plaintiff provided extensive

2  repair services and supplied equipment and materials to the Vessel at the direction and insistence

3  of Navegante Charters, LLC, which has possession and control of the Vessel, for which Plaintiff

4  has not been paid in the amount of $103,636.53 together with interest thereon.  The debt has

5  been due and owing since on or about April 29, 2008 and May 29, 2008.

6       3.    Over approximately the past month, I have exchanged email and written

7  correspondence with, and had telephone conversations with, Clark L. Davidson, attorney for

8  Navegante Charters, LLC, about the need for immediate payment of the debt owing.  In reply,

9  Mr. Davidson has stated that the Friedman family, which has a financial interest in Navegante

10  Charters, LLC, is unwilling to assist in any further payments for the services provided by Marine

11  Group Boat Works for the Vessel, notwithstanding their knowledge of the sums due, their ability

12  to pay the sums due, and their continued use and enjoyment of the Vessel.

13       4.    Mr. Davidson has also informed me that Navegante Charters, LLC will soon

14  charter out the Vessel to third parties.  It is my belief that the Vessel will therefore need to be

15  arrested forthwith to prevent the Vessel from being moved outside the jurisdiction of this Court,

16  perhaps to Mexico, never to return.

17       5.    Plaintiff is a California Limited Liability Company, with its principal place of

18  business within the City of Chula Vista, County of San Diego, California.

19       6.    I am further informed and believes that Defendant Navegante Charters, LLC has

20  the right to possession and control of the vessel NAVEGANTE, O.N. 1094087, which Vessel is

21  now, or during the pendency of this action will be, subject to the jurisdiction of this Court.

22       7.    On or about April 15, 2008, Defendant executed Contract No. 4471, for the haul

23  out, pressure washing, and other necessary work of, and supplying of materials and marine

24  hardware and equipment to the Vessel by Plaintiff ("Contract").  A true and correct copy of said

25  Contract is attached hereto as Exhibit "A" and made a part hereof.  Subsequently, on or about

26  April 15, 2008; April 17, 2008; April 21, 2008; April 23, 2008; April 30, 2008; May 20, 2008;

27  May 22, 2008; and May 30, 2008, Defendant executed Work Orders/Change

28  Orders/Authorizations For Work for additional repair work and supplying of materials and

marine hardware and equipment to the Vessel by Plaintiff ("Change Orders"). True and correct copies of said Work Orders/Change Orders/Authorizations For Work are attached hereto as Exhibits "B," "C," "D," "E," "F," "G," "H," "I," "J," "K," and "L" and made a part hereof.

8.    All of said repair, goods, materials, marine hardware and equipment have been completed and/or have been delivered and provided for the benefit of the Vessel and were necessary for the use of the Vessel. Plaintiff has fully performed under the above-described Contract and Change Orders.

9.    The aforementioned cost for said repair, goods, materials, marine hardware and equipment, including sales tax and freight, was $118,636.53. Defendant has made partial payment in the total sum of $15,000, leaving a balance of $103,636.53 which is entirely due, owing and unpaid, despite demand therefore. True and correct copies of Plaintiff's Invoice No. 7785, dated April 29, 2008, and Invoice No. 7874, dated May 29, 2008, for the work performed on, and the goods, materials, marine hardware and equipment provided to the Vessel are attached hereto as Exhibit "M" and Exhibit "N" and made a part hereof.

10.    By reason of the foregoing, Plaintiff has been damaged in the amount of $118,636.53, plus interest, attorneys' fees, and costs. Plaintiff has made demand upon Defendant for payment but said Defendant has refused and continues to refuse to make payment.

11.    The Vessel is presently berthed at Sunroad Marina, Dock J -47, 955 Harbor Island Drive, San Diego, California.

12.    As a result of Defendant's default, Plaintiff is entitled to enforce its maritime lien by judicial foreclosure of the Vessel through public sale thereof by the proper judicial officer.

13.    Plaintiff has filed the above Complaint in Rem and in Personam for Foreclosure of its Maritime Lien.

14.    I hereby request an Order authorizing issuance of a Warrant of Arrest and an Order Appointing Marine Group Boat Works as Substitute Custodian at a rate of $1,250 for initial transfer of the vessel from Sunroad Marina to Marine Group Boat Works' facility and $300 per day thereafter for storage. Plaintiff agrees, in consideration of the Marshal's consent to the substitution of custodian, to release the United States and the Marshall from any and all

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1  liability and responsibility arising out of the care and custody of the Vessel, her engines, rigging,

2  tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and

3  belonging, from the time the Marshal transfers possession of said Vessel to the substitute

4  custodian, and Plaintiff further agrees to hold harmless and indemnify the United States and the

5  Marshal from any and all claims whatsoever arising out of the substitute custodian's possession

6  and safe keeping.

7      I declare under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.

9      Executed this _11_ day of July 2008, at Chula Vista, California.

10

11

12                              TODD ROBERTS.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

KERN/1043080/5799280v.1

**EXHIBIT A**

**Marine Group Boat Works**
997 G Street
Chula Vista, CA 91910
Voice (619) 427-6767
Fax (619) 427-0324

MARINE GROUP
BOAT WORKS

# Contract

| Date | Contract No. |
|---|---|
| 4/15/2008 | 447 |

| P.O. No. | |
|---|---|

ALL WORK CASH ON DELIVERY.
LIMITED WARRANTY 30 DAYS ON
PARTS AND LABOR.
MANUFACTURERS WARRANTIES
ONLY ON PARTS WITH
ACCOMPANYING WARRANTIES

SEE REVERSE SIDE FOR DETAILS

**Name / Address**

Navengete charters

| Job Number | | navengete -emergency haul out | | | | |
|---|---|---|---|---|---|---|

| | Item | Description | Ordered | U/M | Rate | Total |
|---|---|---|---|---|---|---|
| 1 | Service - Comm. | Haul our,pressure wash , block , re launch to water upon completion of work | | | 10,200.00 | 10,200.00 |
| 2 | Service - Comm. | connect shore power | | | 70.00 | 70.00 |
| 3 | Service - Comm. | power to be metered and billed @ .26 per kwh | | | 0.00 | 0.00 |
| 4 | Service - Comm. | lay days , charged every day the boat is in the yard cost is PER day | | | 162.50 | 1625.0 |
| 5 | Service - Comm. | remove port and starboard  shafts , replace shaft seals , work to be done on a time and material  basis @ \$70.00 per hour and material at our cost plus 25 % | | | 0.00 | 0.00 |
| 6 | Service - Comm. | remove  and replace  sea valves  for USCG inspection  work to be done on a time and material basis @ \$70.00 per hour , material at our cost plus 25% | | | 0.00 | 0.00 |
| 7 | Service - Comm. | apply one coat  of 1088 c  proline to the underwater hull  and a second at the waterline | | | 0.00 | 0.00 |
| | | Sales Tax | | | 7.75% | 0.00 |

3% Environmental fee will apply to total amount.

**WORK AUTHORIZATION AND DESIGNATION OF AGENT**
I hereby authorize the above repair work to be performed.  I acknowledge that I have received a copy of, have read,understood and agree to the terms and conditions of this Contract, including those on the reverse side hereof.  I hereby authorize _____ to act as my representative/agent with authority to contract for any additional work which may be contracted or required.

X_____  DATE 4/15

**OWNER'S CLEAR RECEIPT**
I have inspected the work performed under this Contract and find it to be satisfactory.  I hereby acknowledge receipt of title within described vessel.  I further acknowledge that all personal property on the vessel when originally delivered to The Marine Group,  LLC has been accounted for and is in my possession.  This acknowledgment is not a waiver of the limited warranty provided in paragraph 2 on the reverse side hereof.

Signature_____

| Total | \$10,432.50 |
|---|---|
| Vessel Name | |
| Length | |
| Cf or Doc # | |
| Lifting weight | |
| Pwr or sail ? | |

**WORK ORDER TERMS AND CONDITIONS**

1. THIS AGREEMENT, consisting of this Work Order ("Order") and the Yard Terms and Regulations and Schedule of Services, is entered into between Top Marine Group, LLC., a California corporation doing business as South Bay Boat Yard ("Contractor"), the Owner identified on the reverse hereof, and the then named vessel (the "Vessel"), on the following terms and conditions:

2. STATEMENT OF WORK. Contractor agrees to furnish materials, parts, supplies and labor to perform the work described in the Order (hereinafter "Work"). Owner has specifically requested the Work set forth in the Order. Contractor shall inspect the progress of the work from time to time as he deems appropriate and has satisfied himself as to the suitability for his intended operation of all machinery, parts, equipment, supplies and accessories to be installed pursuant to this agreement.

3. LIMITED WARRANTY.
(a) Work under this Agreement shall be free from defects in workmanship and material for thirty (30) days from the date all Work under this Agreement is completed.
(b) All Owner furnished equipment installed aboard the Vessel by Contractor will be installed in a workmanlike manner in accordance with the manufacturer's specifications and good marine practices.
(c) Manufacturer's warranties shall be applicable to all parts sold with such warranties. Contractor does not assume any responsibility for said warranties, and does not make any warranty of its own on those items, except as set forth above.

4. WARRANTY EXCLUSIONS. THE WARRANTIES SET FORTH IN PARAGRAPH 2 ARE GIVEN IN LIEU OF ALL OTHER WARRANTIES, WHETHER EXPRESSED, IMPLIED OR STATUTORY. CONTRACTOR DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, THAT THE MATERIALS ARE MERCHANTABLE OR FIT FOR ANY PARTICULAR USE OR PURPOSE.

5. CONTRACT PRICE. Owner shall pay to Contractor for the Work to be furnished hereunder the total amount set forth in the Order ("Contract Price"). The total amount set forth in the Order shall be paid to Contractor without deduction or offset on completion of the Work and prior to the Vessel departing Contractor's boatyard.

6. PRICE BASED ON LIABILITY LIMITATIONS. The contract price is base upon the provisions of this Agreement limiting the scope and duration of Contractor's warranties, limiting Contractor's liability, and under which Owner accepts certain risks. Contractor is willing to perform the Work on the Vessel on the basis of different or more extensive liabilities or warranties provided for an adjustment in price, including the price of appropriate additional insurance is signed by the parties and incorporated into this Agreement. Barring such further agreement and adjustment of the Contract Price, the warranty and limitations of the Contractor's liability and Owner's acceptance of risks as set forth in this Agreement shall apply.

7. TIME LIMIT ON ALL CLAIMS. It is agreed that no claim arising from the transactions contemplated by this Agreement, including but not limited to contractual claims for breach of contract or warranty and tort claims based upon any alleged negligent Work or on theories of strict liability, or otherwise, shall be valid against Contractor unless any such claim is presented in writing to Contractor within sixty (60) days and suit thereon commenced within six (6) months of the date all Work under this Agreement is completed.

8. OWNER'S ASSUMPTION OF RISK.
(a) Except as provided in paragraphs 2 and 6 above, Owner accepts the risk of all losses hereafter occasioned by the acts or omissions of the Contractor in the performance of the Work, whether in the nature of negligence, strict liability, or otherwise, and agrees to purchase and maintain such insurance against such risks as Owner deems prudent and shall look only to said insurance for compensation or damages related to any such loss regardless of the legal or physical responsibility thereof; subrogation against Contractor is hereby waived.
(b) Owner accepts the risk of, and Contractor shall have no legal liability whatsoever, under any circumstance for, the tortuous or criminal acts of any third party, including but not limited to theft, conversion, and malicious mischief.
(c) Owner accepts the risk of and Contractor shall not be liable under any circumstance for, any incidental, special, or consequential damages of any

nature whatsoever, including but not limited to any claims related to the loss of use of the Vessel, lost revenue, lost profits, time charges, demurrage, salvage, refit, costs, damage, or the expenses of repairs, such damages not recoverable upon any theory of breach of this Agreement, negligence by the Contractor, strict liability or tort or upon any other basis whatsoever.

9. FINANCIAL LIMITATION. In no event shall Contractor's aggregate liability to all parties in interest arising under this Agreement, for the Work, or for all damages, including punitive damages, for any one incident exceed $15,000 or the sum received by Contractor under this Agreement, whichever is less.

10. INDEMNITY, INSURANCE AND WAIVER OF SUBROGATION.
(a) Owner shall indemnify and hold Contractor harmless of any claim, loss, cost, liability or expense, including reasonable attorney's fees incurred in defense thereof, arising from the intentional or negligent acts or omissions of Owner or his agents, employees or independent contractors for the failure of Owner or his agents, employees or independent contractors to comply with the provisions of this Agreement. Said indemnification shall encompass and include any and all claims by third parties and under the Agreement for Work performed hereunder, except claims by employees, subcontractors or vendors of Contractor for goods, services or temporary benefits as the case may be.
(b) During the period the Vessel is present in Contractor's boatyard or takes place or repair agreed to between Contractor and Owner, Owner shall purchase and maintain such types and amounts of insurance as Owner deems reasonable and prudent to protect against risks assumed by Owner under this Agreement. As to all such policies of insurance and all claims made thereon, for himself and his insurers, Owner specifically waives all right of subrogation against Contractor, its subsidiaries, affiliates, agents, officers, directors and employees.

11. CONTRACTOR'S REMEDIES.
(a) The Contract Price is due and payable on completion of the Work. Owner shall pay interest and late charges on any balance more than 30 days overdue at the higher of 1 ½ percent per month or the maximum permitted by law from the date due until paid.
(b) Owner expressly agrees that Contractor shall have the right to seize, hold or otherwise detain the Vessel or any other property of the Owner in Contractor's possession with judicial process until such time as all sums due under this Agreement have been paid; and Contractor shall not be liable for any damages suffered or claimed to have been suffered as a result of any such seizure, holding or detention.
(c) Contractor reserves all rights to proceed against the Vessel in rem and/or against Owner personally in the event of a breach of any provision of this Agreement by Owner. NOTHING HEREIN SHALL BE CONSTRUED AS A WAIVER BY CONTRACTOR OF ITS MARITIME LIEN ON THE VESSEL OR LIEN UNDER THE CALIFORNIA BOATER'S LIEN LAW ARISING FROM WORK PERFORMED AND/OR MATERIALS FURNISHED UNDER THIS AGREEMENT.

12. WAIVER AND CONSENT. One or more waiver of any term or condition of this Agreement by either party hereto shall not be construed as a waiver of a subsequent breach of the same term or condition. The consent by either party hereto to any act by the other party requiring consent shall not be deemed to waive or render unnecessary consent to any subsequent act requiring consent by such party.

13. INVALIDITY. In the event any provision of this Agreement is declared to be illegal, invalid or otherwise unenforceable by a court of competent jurisdiction, the remainder of the provisions shall remain in full force and effect, and shall in no way be affected, impaired or invalidated thereby.

14. CAPTIONS. The various headings and numbers herein, and the grouping of the provisions of this Agreement into separate paragraphs and subparagraphs, are for the purpose of convenience only and shall not be considered a part thereof.

15. ENTIRE AGREEMENT. This Agreement sets forth the entire agreement and understanding between the parties as to the subject matter hereof and merges and supersedes all prior discussions, agreements, and understandings between the parties. This Agreement is intended solely for the benefit of the parties hereto and is not intended to benefit any third person or party. In the event of any conflict between any provisions of the Order and any provisions of the Yard Terms and Regulations or Schedule of Services, such conflict shall be resolved in favor of the provisions of the Order.

16. INTERPRETATION. This Agreement shall be construed and interpreted in accordance with the admiralty and maritime law of the United States.

17. NO WORK BY OWNER. Neither Owner, nor any contractor or subcontractor engaged by owner, shall perform any work on the vessel at the facilities of South Bay Boatyard unless owner has entered into a separate "Do-It-Yourself" contract with Contractor.





MARINE GROUP
BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

# WORK ORDER / CHANGE ORDER
# AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### "CONTRACT"

**CHANGE ORDER# 2000**

**DATE: 4/15/2008**                    **VESSEL: NAVEGANTE**

Remove the starboard aft thruster, repair the leak and re-install.

Time @ $70.00/hour and Material @ Our Cost + 25%

I hereby authorize the additional repair work to be performed.  Except as expressly amended hereby and by any previous change order itself not specifically amended hereby, the Contract referred to above shall remain unchanged and in full force and effect.

Signed: _____    Date: 4/14/08

Walter aware for
proceed

**EXHIBIT C**

# M

## MARINE GROUP
### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

# WORK ORDER / CHANGE ORDER
# AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### CONTRACT

**CHANGE ORDER# 2000R**

**DATE: 4/15/2008**                    VESSEL: NAVEGANTE

Remove the starboard aft thruster, replace with new American Bow Thruster as directed by Captain and install.

**Time @ $70.00/hour and Material @ Our Cost + 25%**

I hereby authorize the additional repair work to be performed. Except as expressly amended hereby and by any previous change order itself not specifically amended hereby the Contract referred to above shall remain unchanged and in full force and effect.

Signed: _____    Date: 5/28/08



### MARINE GROUP
#### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

## WORK ORDER / CHANGE ORDER
## AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### "CONTRACT"

CHANGE ORDER# 1001

DATE:  4/17/2008                    VESSEL: NAVEGANTE

Apply Prop-Speed to the propellers.

**FIXED PRICE TOTAL: $2,058.00**

I hereby authorize the additional repair work to be performed.  Except as expressly amended hereby and by
any previous change order itself not specifically amended hereby, the Contract referred to above shall
remain unchanged and in full force and effect.

Signed: _____    Date: _____



**EXHIBIT E**



# MARINE GROUP
### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

## WORK ORDER / CHANGE ORDER
## AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### "CONTRACT"

CHANGE ORDER# 1003

DATE: 4/21/2008                    VESSEL: NAVEGANTE

Fabricate and install one starboard exhaust flap, as per sample.

**FIXED PRICE TOTAL: $622.50**

I hereby authorize the additional repair work to be performed. Except as expressly amended hereby and by any previous change order itself not specifically amended hereby, the Contract referred to above shall remain unchanged and in full force and effect.

Signed: _____    Date: 4/21/08

**EXHIBIT F**



# MARINE GROUP
### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

# WORK ORDER / CHANGE ORDER
# AUTHORIZATION FOR WORK
## ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL "CONTRACT"

**CHANGE ORDER# 1004**

**DATE:  4/21/2008**                    **VESSEL: NAVEGANTE**

Remove fabricate and install two hull inserts approx 12"x12" one on port and one on STBD. (underwater hull)
Touch up paint after welding.
Note: price is based on gas free cert only. And tank cleaning will be additional cost.

**FIXED PRICE TOTAL: $ 6.000**

I hereby authorize the additional repair work to be performed.  Except as expressly amended hereby and by any previous change order itself not specifically amended hereby, the Contract referred to above shall remain unchanged and in full force and effect.

Signed: _____    Date: 4/21/08



### MARINE GROUP
#### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

## WORK ORDER / CHANGE ORDER
## AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### "CONTRACT"

**CHANGE ORDER# 1005**

**DATE: 4/21/2008**                          **VESSEL: NAVEGANTE**

Renew 30 underwater hull zincs.

**FIXED PRICE TOTAL: $4,517.53**

I hereby authorize the additional repair work to be performed. Except as expressly amended hereby and by any previous change order itself not specifically amended hereby, the Contract referred to above shall remain unchanged and in full force and effect.

Signed: _____          Date: 4/27/08

**EXHIBIT  H**

*Inv. 7879
50% 5/29/08*

*6*



# MARINE GROUP
### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

*Inv. 7785
9  5/30/18
50%*

# WORK ORDER / CHANGE ORDER
# AUTHORIZATION FOR WORK
## ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL "CONTRACT"

CHANGE ORDER# 1006

DATE: 4/23/2008                              VESSEL: NAVEGANTE

Item 1: Sandblast and paint exterior of ballast Tanks
1. Setup and install equipment as required.
2. Degrease area to be preserved.
3. Blank and mask as required.
4. Blast to sspc-sp-7.
5. Install two coats of epoxy primer.
6. Install two coats of AF
7. Remove masking and detail
8. Pick up and dispose of all used sand in accordance to local, state, federal guidelines

   Fixed Price $1,450.00

Item 2:  Containment   $4,000.00

FIXED PRICE TOTAL: $5,450.00

I hereby authorize the additional repair work to be performed. Except as expressly amended hereby and by any previous change order itself not specifically amended hereby, the Contract referred to above shall remain unchanged and in full force and effect.

Signed: _____   Date: 4/23/08



## MARINE GROUP
### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

# WORK ORDER / CHANGE ORDER
# AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### "CONTRACT"

**CHANGE ORDER# 2001**

**DATE: 4/30/2008**                     **VESSEL: NAVEGANTE**

Crop out and replace approximately 24 square feet of shell plate port & starboard on underwater hull. Includes stiffeners if necessary.
(located in area of saltwater ballast tanks)

**Time @ $70.00/hour and Material @ Our Cost + 25%**

I hereby authorize the additional repair work to be performed.  Except as expressly amended hereby and by any previous change order itself not specifically amended hereby, the Contract referred to above shall remain unchanged and in full force and effect.

Signed: _____ Date: 4/30/08

Legal Tabs Co. 1-800-322-3022

Recycled    Stock # EXA-5-B

**EXHIBIT J**



**MARINE GROUP**
BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

# WORK ORDER / CHANGE ORDER
## AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### "CONTRACT"

**CHANGE ORDER# 2002**

**DATE: 5/20/2008**                    **VESSEL: NAVEGANTE**

Install port and starboard ballast tank covers with gaskets

**Time @ $70.00/hour and Material @ Our Cost + 25%**

I hereby authorize the additional repair work to be performed. Except as expressly amended hereby and by any previous change order itself not specifically amended hereby, the Contract referred to above shall remain unchanged and in full force and effect.

Signed: _____    Date: 5/20/08

**EXHIBIT K**



## MARINE GROUP
### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

# WORK ORDER / CHANGE ORDER
# AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### "CONTRACT"

**CHANGE ORDER# 1010**

**DATE: 5/22/2008**                    **VESSEL: NAVEGANTE**

Spot sand and apply one coat of AF to the underwater hull.

**FIXED PRICE TOTAL: $7,630.00**

I hereby authorize the additional repair work to be performed. Except as expressly amended hereby and by
any previous change order itself not specifically amended hereby, the Contract referred to above shall
remain unchanged and in full force and effect.

Signed: _____  Date: 5/22/08



## MARINE GROUP
### BOAT WORKS

Phone: (619) 427-6767 Fax: (619) 427-0324

# WORK ORDER / CHANGE ORDER
# AUTHORIZATION FOR WORK
### ALL ITEMS LISTED BELOW ARE IN ADDITION TO ITEMS ON ORIGINAL
### "CONTRACT"

**CHANGE ORDER# 2003**

**DATE: 5/30/2008**                    VESSEL: NAVEGANTE

Cut insert port side aft over stern thruster to facilitate stern thruster install.

**Time @ $70.00/hour and Material @ Our Cost + 25%**

I hereby authorize the additional repair work to be performed. Except as expressly amended hereby and by
any previous change order itself not specifically amended hereby, the Contract referred to above shall
remain unchanged and in full force and effect.

Signed: _____   Date: 5/7/08

Legal Tabs Co. 1-800-322-3022

Recycled    Stock # R-EXA-5-B

**EXHIBIT M**



**MARINE GROUP**
BOAT WORKS

Marine Group Boat Works

997 G Street
Chula Vista, CA  91910
Voice(619)427-6767
Fax  (619)427-0324

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2008 | 7785 |

**Bill To**

Navegante charters

| P.O. No. | Vessel Name | Length | Pwr or sail ? | Cf or Doc # | Lifting weight |
|----------|-------------|--------|---------------|-------------|----------------|
|  | Nevegante |  |  |  |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 0.5 | Haulout, pressure wash , block , relaunch to water upon completion of work<br>50% Complete |  | 10,200.00 | 5,100.00 |
|  | Connect shore power |  | 70.00 | 70.00 |
|  | Power to be metered and billed @ .26 per kwh<br>4/15/08 -4/30/08 |  | .665.08 | .665.08 |
| 16 | Lay days : charged every day the boat  is in the yard cost is PER day<br>16 days x $162.50 day = $2,600.00<br>4/15/08 - 4/30/08 |  | 162.50 | 2,600.00 |
|  | Remove port and starboard  shafts , replace shaft seals , work to be done on a time and material  basis @ $70.00 per hour and material at our cost plus 25 %<br>Labor 48 hrs x $70.00 hr = $3,360.00  4/16/08 - 4/22/08<br>Material  $9,621.68    4/22/08 - 4/28/08 |  | 12,981.68 | 12,981.68 |
|  | C.O. #1003<br>Fabricate and install one starboard exhaust flap<br>100% Complete |  | 622.50 | 622.50 |
| 0.5 | C.O. #1005<br>Renew 30 underwater zincs<br>50% Complete |  | 4,517.53 | 2,258.77 |
| 0.5 | C.O. #1006<br>Sandblast and paint exterior of ballast tanks<br>50% Complete |  | 5,450.00 | 2,725.00 |

**Total**

Marine Group Boat Works

997 G Street
Chula Vista, CA  91910
Voice(619)427-6767
Fax  (619)427-0324



MARINE GROUP
BOAT WORKS

# Invoice



| Date | Invoice # |
|------|-----------|
| 4/29/2008 | 17785 |

**Bill To**

Navegante charters

| P.O. No. | Vessel Name | Length | Pwr or sail | Cf or Doc # | Lifting weight |
|----------|-------------|--------|-------------|-------------|----------------|
|          | Nevegante   |        |             |             |                |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
|          | C.O. #2000 | | 980.00 | 980.00 |
|          | Remove the starboard aft thruster, repair the leak and re-install. | | | |
|          | 14 hrs x $70.00 hr = $980.00  As of 4/18/08 | | | |
|          | | | | |
|          | Subtotal | | | 28,003.03 |
|          | 3% Environmental Fee | | 3.00% | 840.09 |
|          | | | | |
|          | Tax | | | 721.08 |

| | Total | $29,564.20 |
|--|-------|-----------|

Page 2

Recycled    Stock # R-EXA-5-B

Marine Group Boat Works

**Invoice**

997 G Street
Chula Vista, CA 91910
Voice(619)427-6767
Fax (619)427-0324


MARINE GROUP
BOAT WORKS

| Date | Invoice # |
|------|-----------|
| 5/29/2008 | 7874 |

| Bill To |
|---------|
| Navengate charters |

*Payment 6/28/08 Check# 1210*
*$10,000.00*

*Payment 7/5/08 Check#1216*
*$5,000.00*

| P.O. No. | Vessel Name | Length | Pwr or sail ? | Cf or Doc # | Lifting weight |
|----------|-------------|--------|---------------|-------------|----------------|
|          | Navegante   |        |               |             |                |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 0.5 | Haul our pressure wash, block, re launch to water upon completion of work<br>100% Complete<br>50% on inv #7785 | | 10,200.00 | 5,100.00 |
| | Disconnect shore power | | 70.00 | 70.00 |
| 1 | Power to be metered and billed @ .26 per kwh<br>5/01/08 - 6/01/08 | | 1,430.00 | 1,430.00 |
| 32 | Lay days: charged every day the boat is in the yard cost is PER day<br>32 days x $162.50 day = $5,200.00<br>5/01/08 - 6/02/08 | | 162.50 | 5,200.00 |
| | Crane Service - Lift raft 4/16/08 | | 180.00 | 180.00 |
| 1 | Remove port and starboard shafts, replace shaft seals, work to be done on a time and material basis @ $70.00 per hour and material at our cost plus 25 %<br>Labor 59 hrs x $70.00 hr = $4,130.00  5/07/08 - 5/22/08<br>(no material)<br>Labor 7 hrs x $70.00 hr = $490.00   5/27/08 -5/30/08 | | 4,620.00 | 4,620.00 |
| | C.O. #1001<br>Apply prop speed to the propellers | | 2,058.00 | 2,058.00 |
| | C.O. #1004<br>Remove, fabricate and install (2) hull inserts approx 12"x12", (1) on port and (1) on starboard. (underwater hull).  Touch up paint after welding. | | 6,000.00 | 6,000.00 |
| | | **Total** | | |

Page 1

Marine Group Boat Works

997 G Street
Chula Vista, CA 91910
Voice(619)427-6767
Fax (619)427-0324


MARINE GROUP
BOAT WORKS

# Invoice

| Date | Invoice # |
| --- | --- |
| 5/29/2008 | 7874 |

| Bill To |
| --- |
| Navengate charters |

| P.O. No. | Vessel Name | Length | Pwr or sail ? | Cf or Doc # | Lifting weight |
| --- | --- | --- | --- | --- | --- |
| | Navegante | | | | |

| Quantity | Description | U/M | Rate | Amount |
| --- | --- | --- | --- | --- |
| 0.5 | C.O. #1005<br>Renew 30 underwater hull zincs<br>100% Complete<br>Billed 50% on Inv #7785 | | 4,517.53 | 2,258.77 |
| 0.5 | C.O. #1006<br>Sandblast and paint exterior of ballast tanks<br>100%<br>Billed 50% on Inv #7785 | | 5,450.00 | 2,725.00 |
| | C.O. #1010<br>Spot sand and apply one coat of antifouling to the underwater hull. | | 7,630.00 | 7,630.00 |
| | C.O. #2000R<br>Remove the starboard aft thruster, replace with new American Bow Thruster as directed by Captain and install<br>Material $6,721.00 | | 6,721.00 | 6,721.00 |
| 1 | C.O. #2001<br>Crop out and replace approx 24 square feet of shell plate port & starboard on underwater hull.<br>Labor 358 hrs x $70.00 hr = $25,060.00<br>Material $8,581.00 | | 33,641.00 | 33,641.00 |
| | C.O. #2002<br>Install port & starboard ballast tank covers with gaskets<br>Labor 31 hrs x $70.00 hr = $2,170.00 As of 5/20/08<br>Material $50.00 | | 2,220.00 | 2,220.00 |
| | | **Total** | | |

Page 2

Marine Group Boat Works

997 G Street
Chula Vista, CA 91910
Voice(619)427-6767
Fax (619)427-0324



MARINE GROUP
BOAT WORKS

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/2008 | 7874 |

**Bill To**

Navengate charters

| P.O. No. | Vessel Name | Length | Pwr or sail ? | Cf or Doc # | Lifting weight |
|----------|-------------|--------|---------------|-------------|----------------|
| | Navegante | | | | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| | C.O. #2003 | | 4,515.00 | 4,515.00 |
| | Cut insert port side aft over stern thruster to facilitate stern | | | |
| | thruster install. | | | |
| | Labor 49.5 hrs x $70.00 hr = $3,465.00    5/30/08 - 5/31/08 | | | |
| | Material  $1,050.00 | | | |
| | | | | |
| | Subtotal | | | 84,368.77 |
| | 3% Environmental Fee | | 3.00% | 2,531.06 |
| | | | | 2,172.50 |

| | **Total** | **$89,072.33** |
|--|-----------|----------------|

Page 3