AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

THE MARINE GROUP, LLC, dba MARINE GROUP BOAT WORKS )
Plaintiff )
v. ) Civil Action No. '08 CV 1264 BEN RBB
VESSEL NAVEGANTE; Official Number 1094087, her engines, tackle, furniture, apparel In Rem; and NAVEGANTE CHARTERS, LLC, In Personam )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Russell P. Brown, Esq.
Matthew P. Nugent, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. SAMUEL HAMRICK, JR.
Name of clerk of court

Date: JUL 16 2008

B. LLOYD
Deputy clerk's signature

FILED
08 JUL 16 PM 4:3
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

American LegalNet, Inc.
www.FormsWorkflow.com