RUSSELL P. BROWN (SBN: 84505)
MATTHEW P. NUGENT (SBN: 214844)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Plaintiff
THE MARINE GROUP, LLC d/b/a
THE MARINE GROUP BOAT WORKS

FILED
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS,<br><br>Plaintiff,<br><br>vs.<br><br>VESSEL NAVEGANTE, Official Number 1094087, her engines, tackle, furniture, apparel, In Rem, NAVEGANTE CHARTERS, LLC, In Personam,<br><br>Defendants. | IN ADMIRALTY<br><br>CASE NO. 08 CV 1264 BEN RBB<br><br>EX PARTE APPLICATION OF PLAINTIFF FOR ORDER AUTHORIZING THE ISSUANCE OF A WARRANT OF ARREST<br><br>Judge: Hon.<br>Action Filed: |

Plaintiff, THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS (hereinafter, "Marine Group Boat Works"), by its attorney, respectfully requests the Court to issue an order authorizing the issuance of a Warrant of Arrest for the motor vessel NAVEGANTE, Official Number 1094087 ("Vessel") and in support thereof, represents as follows:

1. The within action is an action <u>in rem</u> for foreclosure of maritime lien.

2. The verified Complaint of Marine Group Boat Works demonstrates that the within action is an action in which the Plaintiff has a maritime lien upon the Vessel which is in default. Moreover, the verified Complaint and Declaration of Todd Roberts of Marine Group

-1-

1 Boat Works as claimant and as the proposed substitute custodian, demonstrate the facts upon which it is clear that an action <u>in rem</u> against the Vessel is proper.

3. As further set forth in the Declaration of Todd Roberts, there is likelihood the Vessel may be moved by Defendant outside the jurisdiction of this Court.

4. The owner of the Vessel is NAVEGANTE CHARTERS, LLC. The Vessel is in the possession and control of NAVEGANTE CHARTERS, LLC.

5. The Supplemental Rules of Admiralty and Maritime Claims, as amended, effective August 1, 1985, require judicial scrutiny of the Complaint to authorize the issuance of a Warrant of Arrest, as well as provide notice to the Defendant for an opportunity for prompt post-seizure hearing, if requested by it.

WHEREFORE, Plaintiff prays that an order be issued authorizing a Warrant for the Arrest of the Vessel, and providing for a prompt post-seizure hearing, if requested by Defendant, pursuant to the Supplemental Rules, as amended.

Dated: July 14, 2008

GORDON & REES, LLP

By: _____
Russell P. Brown, Esq.
Matthew P. Nugent, Esq.
Attorneys for Plaintiff
THE MARINE GROUP, LLC d/b/a
MARINE GROUP BOAT WORKS

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

MP/6000804/5798211v.1

-2-

THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS v. Vessel NAVEGANTE, et al.; Case No.
EX PARTE APPLICATION OF PLAINTIFF FOR ORDER AUTHORIZING THE ISSUANCE OF A WARRANT OF ARREST