**FILED** JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS, <br><br>Plaintiff, <br><br>vs. <br><br>VESSEL NAVEGANTE, Official Number 1094087, her engines, tackle, furniture, apparel, In Rem, NAVEGANTE CHARTERS, LLC, In Personam, <br><br>Defendants. | IN ADMIRALTY <br><br>CASE NO. <br><br>**'08 CV 1264 BEN RBB** <br><br>ORDER AUTHORIZING ARREST OF VESSEL PURSUANT TO ADMIRALTY RULE C |

The Court, having reviewed the verified Complaint of THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS, Plaintiff herein, and upon application of Plaintiff for order authorizing a warrant of arrest, and finding that the conditions for an action <u>in rem</u> appear to exist, it is

ORDERED that a warrant of arrest of the vessel NAVEGANTE (hereinafter "Vessel"), Official No. 1094087, is authorized, and it is:

FURTHER ORDERED that the Clerk of the District Court shall prepare a Warrant for Arrest In Action In Rem for the Vessel and shall deliver it to the United States Marshal for the Southern District of California for service and arrest, and providing for eviction and removal from the Vessel by the U.S. Marshal of any liveaboards, together with such liveaboard's personal

1 possessions and clothing; and it is:

2     FURTHER ORDERED that any person claiming to be entitled to possession of the
3 Vessel or claiming any interest in the Vessel shall be entitled to a prompt hearing on request at
4 which Plaintiff shall be required to show why the arrest should not be vacated or other relief
5 granted consistent with the supplemental rules for certain admiralty and maritime claims.
6 Dated: 7/22/08

8                     UNITED STATES MAGISTRATE/JUDGE

10 Presented by:

11 GORDON & REES, LLP

14 By: _____
    Russell P. Brown, Esq.
    Matthew P. Nugent, Esq.
15 Attorneys for Plaintiff
16 THE MARINE GROUP, LLC d/b/a
MARINE GROUP BOAT WORKS

-2-

THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS v. NAVEGANTE, et al.; Case No.
ORDER AUTHORIZING ARREST OF VESSEL PURSUANT TO ADMIRALTY RULE C

EMP/6000804/5798159v.1