**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS | 08 CV 1264 BEN RBB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| VESSEL NAVEGANTE, Official Number 1094087, NAVEGANTE CHARTERS LLC | SERVICE OF PROCESS |

**FILED 2008 JUL 28 PM 8:20 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY**

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LEONARD FRIEDMAN (on behalf of NAVEGANTE CHARTERS, LLC)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1720 Avenida Del Mundo #1604, Coronado, CA 92118

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Russell P. Brown, Esq./ Matthew P. Nugent, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please effect personal service of process of Summons, Complaint In Rem and In Personam for Money Damages and Foreclosure of Maritime Lien, Declaration of Todd Roberts in Support of Application for Order Authorizing Issuance of a Warrant of Arrest and for Order Appointing Substitute Custodian, Order Appointing Sbustitute Custodian, Order Authorizing Arrest of Vessel, and Ex Parte Application of Plaintiff for Order

Signature of Attorney or other Originator requesting service on behalf of: XX PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (619) 696-6700
DATE: July 25, 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 98
District to Serve No.: 98
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 7/25/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
MARY SATCHRUM SATHRUM (619) 437-1804

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/25/08
Time: 3:40 pm
Signature of U.S. Marshal or Deputy: [signature] 4132

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $7.13 | | $52.13 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)