**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS | '08 CV 1264 BEN RBB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| VESSEL NAVEGANTE, Official Number 1094087 | Warrant of Arrest |

FILED
2008 JUL 28 PM 8: 21

**SERVE** ➡ 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
VESSEL NAVEGANTE, Official Number 1094087, her engines, tackle, furniture, apparel
65' swath catamaran

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SUNROAD MARINA, Dock J-47
955 Harbor Island Drive, San Diego, California

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Russell P. Brown, Esq./Matthew P. Nugent, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA  92101

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Vessel Navegante, Official Number 1094087, now at Sunroad Marina. Contact Todd Roberts at Marine Group Boat Works, 619-427-6767 to arrange for arrest pursuant to Warrant for Arrest herewith, evict and remove any liveaboards (if any), together with such liveaboards' personal possessions and clothing (if any), and immediately deliver Vessel Navegante into possession of Marine Group Boat Works, pursuant to Order to Appoint Substitute Custodian.  Todd Roberts cell phone (619) 954-5353

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| (619) 696-6700 | July 25, 2008 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 91 | 91 | RXott | 7/25/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| | 7-25-08 | 2:30 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90 | $3.41 | | $93.41 | | | |

REMARKS: 45 x 2 deputies = $90

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Attorney(s) for Plaintiff(s)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

The Marine Group LLC

<table>
<tr><td>Plaintiff,<br>V.</td><td>Civil No.   08cv1264 BEN(RBB)</td></tr>
<tr><td>Navetante Charters, LLC</td><td>**WARRANT FOR ARREST IN<br>ACTION IN REM**</td></tr>
<tr><td>Defendant</td><td></td></tr>
</table>

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA

    YOU ARE HEREBY COMMANDED to attach the defendant vessel, Vessel Navegante and her appurtenances in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and sold pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 10 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

    YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof.

DATED:  July 24, 2008

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____ S/J. Hathaway
J. Hathaway, Deputy