| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS | COURT CASE NUMBER<br>'08 CV 1264 BEN RBB |
|---|---|
| DEFENDANT<br>VESSEL NAVEGANTE, Official Number 1094087 | TYPE OF PROCESS  Turnover of<br>Vessel to Substitute Custodian |

FILED
2008 JUL 28 PM 8:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SERVE**
➡
**AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARINE GROUP BOAT WORKS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SUNROAD MARINA, 955 Harbor Island Drive, San Diego, California

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Russell P. Brown, Esq./Matthew P. Nugent, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA  92101

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Following arrest of Vessel Navegante, Official Number 1094087, please immediately deliver custody of Vessel into hands of MARINE GROUP BOAT WORKS pursuant to the Order of the Court Appointing Substitute Custodian.

Substitute Custodian: THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS contact Todd Roberts (619) 427-6767 or cell (619) 954-5353.

| Signature of Attorney or other Originator requesting service on behalf of: | XX PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(619) 696-6700 | DATE<br>July 25, 2008 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 9? | District to Serve<br>No. 9? | Signature of Authorized USMS Deputy or Clerk | Date<br>7/25/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Todd Roberts | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service  2-25-08   Time  2:30  pm |
| | Signature of U.S. Marshal or Deputy<br>_____ 4132 |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service



UNITED STATES MARSHALS SERVICE
SOUTHERN DISTRICT OF CALIFORNIA

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| 08cv1264 | The Marine Group, LLC, v. Navegante Charters, LLC |

SUBJECT (Name, address)

Vessel Navegante, 955 Harbor Island Drive, San Diego, CA 92101

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | Vessel Navegante, Official Number 1094087, | 955 Harbor Island Drive |
|  |  | her engines, tackle, furniture, apparel, In Rem: | San Diego, CA 92101 |
|  |  | Navegante Charters, LLC, In Personam |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| Brian Caserta, DUSM | USMS | 07/25/08 |  |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 07/25/08 | NAME & AGENCY<br>Brian Caserta, DUSM<br>SIGNATURE | NAME & AGENCY<br>Todd Roberts, The Marine Group<br>SIGNATURE | Turn over to Sub-Custodian per Court Order |
|  |  | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE |  |
|  |  | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE |  |

(Over)