**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS | 08 CV 1264 BEN RBB |
| DEFENDANT | TYPE OF PROCESS |
| VESSEL NAVEGANTE, Official Number 1094087 | Publication |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
San Diego Daily Transcript

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2131 Third Avenue, San Diego, CA 92101

FILED 2008 JUL 28 PM 8:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ KM _____DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Russell P. Brown, Esq./Matthew P. Nugent, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA  92101

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Publish Notice of Action and Arrest regarding the Vessel Navegante, Official Number 1094087, in the San Diego Daily Transcript as required by law.

Signature of Attorney or other Originator requesting service on behalf of: XX PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (619)696-6700
DATE: July 25, 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | A Scott | 7/25/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | $8.00 | | | | |

REMARKS: Forwarded to SD Daily Trans

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

## NOTICE OF ACTION AND ARREST
Local Civil Rule C.1(b), Rule C(4) and Rule E(9)

Pursuant to Local Civil Rule C.1(b), Rule C(4) and Rule E(9) of the United States District Court, Southern District of California,

PLEASE TAKE NOTICE that a complaint in rem and in personam for foreclosure of maritime lien was filed on July 14, 2008, in the United States District Court for the Southern District of California entitled "THE MARINE GROUP, LLC, dba MARINE GROUP BOAT WORKS v. VESSEL NAVEGANTE, et al.", Case No. '08 CV 1264 BEN RBB. On July 25, 2008, the United States Marshal, pursuant to a Warrant For Arrest, arrested the Vessel Navegante, Official No. 1094087.

A claim by any person claiming to be entitled to possession or who claims an interest in the vessel or property hereby seized under a Warrant of Arrest must be filed with the clerk and served on the attorney for Plaintiff within ten (10) days after publication; an answer to the complaint must be filed and served within twenty (20) days after publication; that otherwise default may be entered and condemnation ordered; and applications for intervention under Federal Rule 24 by persons claiming maritime liens or other interests in the vessel or property hereby seized under a Warrant of Arrest shall be filed within the time fixed by the Court.

The name, address and telephone number of the United States Marshals Service is:

U.S. Marshals Service, Southern District of California
United States Courthouse
940 Front Street, Suite B150
San Diego, California 92101
Telephone: (619) 557-6620

PLEASE TAKE NOTICE that any person claiming to be entitled to possession or claiming an interest in the vessel or property hereby seized under a Warrant of Arrest shall be entitled to a hearing before a judge or magistrate upon not less than three (3) days' written notice to Plaintiff, in care of the attorney for Plaintiff, Russell P. Brown, Esq., GORDON & REES, LLP, 101 West Broadway, Ste. 1600, San Diego, California 92101, telephone (619) 696-6700, and to an order vacating the arrest forthwith and granting other appropriate relief unless Plaintiff shows cause at the hearing why such an order should not issue.

THE MARINE GROUP, LLC d/b/a MARINE GROUP BOAT WORKS v. VESSEL NAVEGANTE, et al.; Case No. '08 CV 1264
NOTICE OF ACTION AND ARREST

EMP/6000804/5816369v.1