DENNIS A. CAMMARANO/BAR NO. 123662
SUSAN M. HUTCHISON/BAR NO. 220017
CAMMARANO & SIRNA, LLP
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Plaintiff-in-Intervention,
LTRT, Limited Partnership

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARINE GROUP, LLC, dba MARINE GROUP BOAT WORKS,<br><br>Plaintiff,<br><br>vs.<br><br>VESSEL NAVEGANTE, Official Number 1094087, her engines, tackle, furniture, apparel, in rem, NAVEGANTE CHARTERS, LLC, in Personam,<br><br>Defendants. | IN ADMIRALTY<br><br>CASE NO.: 08 CV 1264 BEN RBB<br><br>**VERIFIED NOTICE OF CLAIM BY HOLDER OF A PREFERRED SHIP MORTGAGE** |

Pursuant to Supplemental Rule of Admiralty C to the Federal Rules of Civil Procedure, LTRT, Limited Partnership ("LTRT") gives notice of right and interest in the M/V NAVEGANTE, *in rem*. LTRT claims is position as holding valid and recorded First and Second Preferred Ship Mortgages, pre-dating and superior to all lien and in rem claims to the M/V NAVEGANTE advanced by Plaintiff, The Marine Group LLC d/b/a Marine Group Boat Works, and all others who may join in the action. A copy of the M/V NAVEGANTE's (Official number 1094087) Abstract of Title showing LTRT's Preferred Ship's Mortgages is attached as Exhibit 1.

LTRT reserves its rights to appear in the action.

VERIFIED NOTICE OF CLAIM BY HOLDER OF A PREFERRED SHIP MORTGAGE

1 | Although LTRT was not provided with actual notice of the foregoing proceeding as it believes is contemplated by Local Rules, LTRT gives notice of its interest herein.

On August 7, 2008, Dennis A. Cammarano was vested with authority from LTRT to file this Notice of Claim by Holder of a Preferred Ship Mortgage on behalf of LTRT.

Dated: August 7, 2008          CAMMARANO & SIRNA, LLP

                               By: /s/ Dennis A. Cammarano
                               Dennis A. Cammarano
                               Susan M. Hutchison
                               Attorneys for Interested Party and
                               Holder of a Preferred Ship Mortgage,
                               LTRT Limited Partnership
                               2878NoticeofClaim

# VERIFICATION

I, JANE FRIEDMAN, being duly sworn, deposes and says:

I am Vice-President for JJP Investment Management LLC, Manager of LJJP LLC, General Partner of LTRT, Limited Partnership of LTRT Limited Partnership, holder of a Preferred Ship Mortgage on the M/V NAVEGANTE.

I have read the within Verified Notice of Claim by Holder of a Preferred Ship Mortgage. The facts stated therein are true and correct to the best of my knowledge and the grounds of my belief is my personal knowledge and the records and reports of LTRT Limited Partnership.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2008, at Santa Monica, California.

_____
JANE FRIEDMAN, Vice-President for JJP
Investment Management LLC, Manager of LJJP
LLC, General Partner of LTRT, Limited Partnership

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

On August 7th, 2008, before me, Brad Bellinson, Notary Public, personally appeared JANE FRIEDMAN, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

(SEAL)

[Notary Seal: BRAD BELLINSON, Commission # 1796300, Notary Public - California, Los Angeles County, My Comm. Expires May 19, 2012]

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __8/7/08__ before me, __Brad Beilinson, Notary Public__,
       Date                                    Here Insert Name and Title of the Officer

personally appeared __Jane Friedman__
                              Name(s) of Signer(s)

[Notary Seal: BRAD BEILINSON, Commission # 1796300, Notary Public - California, Los Angeles County, My Comm. Expires May 19, 2012]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Brad Beilinson__
                Signature of Notary Public

Place Notary Seal Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# EXHIBIT 1

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332 (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE | OMB APPROVED 2115-0110 |
|---|---|---|

VESSEL BUILT AT **SAN DIEGO CALIFORNIA**  IN **2000**
(AND)
BY **SWATH OCEAN SYSTEMS LLC**
FOR **NAVEGANTE CHARTERS LLC**

BUILDER'S CERTIFICATE DATED **03/16/00**
TITLE ASSIGNED TO _____

**1094087** (OFFICIAL NUMBER)
**6504** (HULL ID NUMBER)
(5) ____
(4) ____
(3) ____
(2) ____
(1) **NAVEGANTE**
NAME OF VESSEL

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FILED PORT | | DATE | TIME | | DATE TERMINATED |
| GRANTOR | | | | | |
| GRANTEE | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
| FILED PORT | | DATE | TIME | | DATE TERMINATED |
| GRANTOR | | | | | |
| GRANTEE | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
| FILED PORT | | DATE | TIME | | DATE TERMINATED |
| GRANTOR | | | | | |
| GRANTEE | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE        ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:             TIME:
PAGE:    OF       PORT:                                          DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED
PREVIOUS EDITION MAY BE USED

Page 1 of 2

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE Continuation Sheet No. 1 | Official No. 1094087 |
|---|---|---|

### PREFERRED MORTGAGE

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | April 13, 2006 | $2,100,000.00 | 486004 | 5365787 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| May 04, 2006 | 09:50 AM | RECORDED |

**MORTGAGOR:** NAVEGANTE CHARTERS LLC

**MORTGAGEE:**
LTRT LIMITED PARTNERSHIP
C/O FIDUCIARY TRUST INTERNATIONAL OF CALIFORNIA
444 SOUTH FLOWER STREET 32ND FLOOR
LOS ANGELES CA 90071-2961

### PREFERRED MORTGAGE

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | April 13, 2006 | $2,559,281.00 | 486004 | 5365788 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| May 04, 2006 | 09:50 AM | RECORDED |

**MORTGAGOR:** NAVEGANTE CHARTERS LLC

**MORTGAGEE:**
LTRT LIMITED PARTNERSHIP AND LF FOUR LLC
C/O FIDUCIARY TRUST INTERNATIONAL OF CALIFORNIA
444 SOUTH FLOWER STREET 32ND FLOOR
LOS ANGELES CA 90071-2961

---

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: August 06, 2008    TIME: 08:13 AM

RHONDA DYCHE
NATIONAL VESSEL DOCUMENTATION CENTER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, am over the age of 18, and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 501, Long Beach, California 90802. On August 8, 2008, I served the foregoing document(s) described as **VERIFIED NOTICE OF CLAIM BY HOLDER OF A PREFERRED SHIP MORTGAGE** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Russell P. Brown, Esq.  
Matthew P. Nugent, Esq.  
GORDON & REES LLP  
101 West Broadway, Suite 1600  
San Diego, California 92101

NAVEGANTE CHARTERS  
997 G. Street  
Chula Vista, California 91910

☐ **BY PERSONAL DELIVERY**. I delivered such envelope by hand to the offices of the addressee.

☑ **BY MAIL**. I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Long Beach, California. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION**. I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with California Rule of Court 2003 and no error was reported by the machine. Pursuant to California Rules of Court 2006, et al., I caused the machine to print a transmission record of the transmission and the transmission record was properly issued by the transmitting facsimile machine.

☐ **BY FEDERAL EXPRESS**. I caused such envelope to be deposited at the Federal Express box at Long Beach, California for guaranteed one day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Long Beach, California in the ordinary course of business for delivery to the addressee(s)

Executed on August 8, 2008, at Long Beach, California

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Lisa G. Bell*