# VERIFICATION

I, JOAN FRIEDMAN, being duly sworn, deposes and says:

I am President for JJP Investment Management LLC, Manager of LJJP LLC, General Partner of LTRT, Limited Partnership of LTRT Limited Partnership, holder of Preferred Ship Mortgages on the M/V NAVEGANTE.

I have read the within proposed Verified complaint-in-intervention. The facts stated therein are true and correct to the best of my knowledge and the grounds of my belief is my personal knowledge and the records and reports of LTRT Limited Partnership and other entities identified in the proposed complaint-in-intervention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 3, 2008, at Los Angeles, California.

_____
JOAN FRIEDMAN, President for
JJP Investment Management LLC, Manager
of LJJP LLC, General Partner of LTRT,
Limited Partnership